IN THE MATTER OF PETER A. BERNADUCCI, *ET AL.*

See same case below : 85 *N. J. Super.* 152.

*Mr. Harvey Smith* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. John W. Hayden, Jr.* for the respondent.

January 7, 1965. Denied.

LOUIS V. MULLIN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF MILBURN, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below : 85 *N. J. Super.* 180.

*Messrs. Levy, McCloskey, Schlesinger & Tischler* for the petitioners.

*Mr. Louis Bort* and *Mr. Harold M. Kain* for the respondents.

January 7, 1965. Granted.